IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELIZABETH-ANNE ROHR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:06CV136 |
| | § | (Judge Schneider/Judge Bush) |
| OFFICER B. HARPOLE, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On July 31, 2006, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Defendants' Motion to Dismiss be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants' Motion to Dismiss is GRANTED and the above titled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

**SIGNED this 25th day of August, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE